

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Kimberly Newman, Appellant

No. 06-13-00063-CV          v.

Mildred L. Bryan, Appellee

Appeal from the 76th District Court of Titus County, Texas (Tr. Ct. No. 36984). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

 

      As stated in the Court's opinion of this date, we find there was error in the judgment of the court below.  Therefore, we reverse the trial court's judgment and render judgment in favor of Appellant on her pleas to the jurisdiction.

      We further order that the appellee, Mildred L. Bryan, pay all costs of this appeal.

RENDERED OCTOBER 9, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk